William Holzmann, and Auguste Holzmann, Plaintiffs-Appellants, v. Robert Holzmann, Defendant-Appellee.

Gen. No. 47,293.

First District, Second Division.
June 3, 1958.
Released for publication June 20, 1958.

John H. Roser, for plaintiffs-appellants; Immel and Doucette, for appellee. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.